# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KELSIE BOURGEOIS

VERSUS

AMGUARD INSURANCE COMPANY

NO.   2023 CW 0629

**SEPTEMBER 25, 2023**

---

In Re:   AmGuard Insurance Company, applying for supervisory
writs, 19th Judicial District Court, Parish of East
Baton Rouge, No. 722179.

---

**BEFORE:   GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED.**

**JMG**
**WRC**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT



_____
DEPUTY CLERK OF COURT
FOR THE COURT